**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION** | § § § | |
| CONSTANZA RASPA, | § § | MDL NO. 4:03-CV-1507 |
| Plaintiff, | § § | Civil Action No. 4:09-CV-00260 |
| v. | § § | |
| WYETH, INC., WYETH PHARMACEUTICALS INC., PFIZAR INC. and PHARMACIA & UPJOHN COMPANY, LLC, | § § § § § § | **STIPULATION FOR WITHDRAWAL OF COUNSEL** |
| Defendants. | § | |

TO THE HONORABLE JUDGE OF THE COURT:

COME NOW Plaintiff Constanza Raspa, (herein referred to as "Plaintiff"), files this Stipulation for Withdrawal of Counsel, and would show the following:

**I.**

Plaintiff requests the Court enter an order withdrawing Grant B. Stock, 6936 Brentfield Drive, Dallas, Texas 75248 and Jeremy R. Wilson of the law firm Wilson, Trosclair & Lovins, P.L.L.C., 302 N. Market Street, Suite 501, Dallas, Texas  75202, as counsel of record, as they no longer represent Plaintiff in this case.

**II.**

Thomas M. Corea, and Jessica Sharma Graham of The Corea Firm, P.L.L.C. have both previously entered appearances in this case on behalf of Plaintiff.  Counsel respectfully requests that all future correspondence, pleadings, and other documents or communications to Plaintiff be directed to the aforementioned counsel for Plaintiff.

Stipulation for Withdrawal of Counsel

**III.**

The Corea Firm, P.L.L.C. communicated with counsel for Defendants. This withdrawal is done with the stipulation of the parties involved and is not sought for delay.

**IV.**

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs respectfully gives notice to the court that be in all things granted, and that Grant B. Stock and Jeremy R. Wilson be withdrawn as counsel of record for Plaintiff.

Respectfully submitted,

/s/Jessica Sharma Graham_____
**Thomas M. Corea**
State Bar No. 24037906
tcorea@corealaw.com
**Jessica Sharma Graham**
State Bar No. 24045967
jsgraham@corealaw.com
**THE COREA FIRM, P.L.L.C.**
The Renaissance Tower
1201 Elm Street, Suite 4150
Dallas, Texas 75270
Telephone: (214) 953-3900
Facsimile: (214) 953-3901

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

This is to certify that counsel's office for Plaintiffs have consulted with counsel Lee Mullins, Esq. of Williams & Connolly LLP on May 23, 2011 for Defendants, and Defendants consent to the relief sought herein.

/s/Jessica Sharma Graham_____
Jessica Sharma Graham

Stipulation for Withdrawal of Counsel

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 3rd of June, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, for the District of Arkansas, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                           /s/Jessica Sharma Graham_____
                                           Jessica Sharma Graham

Stipulation for Withdrawal of Counsel